DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALEXIS MYLONAS,**
Appellant,

v.

**BROOKE NAHMAN,**
Appellee.

No. 4D2024-2009

[December 31, 2025]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hon. Catalina M. Avalos, Judge; L.T. Case No. FMCE22-013138.

Erin Newell of Open Book Appeals, Fort Lauderdale, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***